# In the United States Court of Federal Claims

Nos. 96-699 C & 98-826 C (consolidated)

(Filed: April 13, 2006)

***********************************
**JOHN A. ADAMS and JOYCE E. ADAMS,** ***et al.***, *
*
**and** *
*
**BELLAS DOMAS, L.P.,** ***et al.,*** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

In the parties' September 19, 2005, joint status report ("JSR"), Plaintiffs requested that the court sever all Plaintiffs and then reconsolidate according to legal representation. On April 11, 2006, the court ordered the parties to provide a list of all Plaintiffs separated by representation. On April 12, 2006, Plaintiffs informed the court, via email, that they would like to withdraw their earlier request. Accordingly, the court's **April 11, 2006**, order is vacated.

In light of the change in circumstances since the September 19, 2005, JSR, the parties shall file a JSR on or before **April 24, 2006**, wherein they inform the court on how they propose to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge