**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

JOHN A. ADAMS and JOYCE E. ADAMS, *et al.*,

*and*

BELLAS DOMAS, L.P., *et al.*,

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**File Nos. 96-699C & 98-826C (consolidated) (Judge Damich)**

## AMENDED JOINT STATUS REPORT

Pursuant to the Court's Order of June 5, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the parties have resolved all principal issues and the attorneys for both sides have reached a proposed settlement agreement, subject to final approval by both parties. This settlement agreement, which was reached during the ADR conferences held before Judge Horn on May 8 through 9, 2006, is the product of the parties' efforts through the ADR process over the past eighteen months. The parties' agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving more than 800 properties – including this case.

The parties are continuing to work to finalize the various documents that comprise the terms of their agreement and plan to begin the approval process within the Department of Justice in the near future. As part of this effort, the parties also held further status conferences with Judge Horn on June 7, 2006 and June 28, 2006. Thus, the parties request that this matter continue to be stayed while the agreement goes through the relevant approval process on both sides. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: July 5, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Kenneth S. Kessler**

KENNETH S. KESSLER
Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 7026
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*