**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

JOHN A. ADAMS and JOYCE E.
Adams, *et al.*,

and

BELLAS DOMAS, L.P., *et al.*,

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**File Nos. 96-699 & 98-826**
**(consolidated)**
**(Chief Judge Edward J. Damich**)

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 29, 2007, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As the Court may be aware, the Settlement Agreement negotiated by the parties through the Court's Alternative Dispute Resolution program was approved by the Department of Justice on April 3, 2007 and subsequently executed by all parties effective May 21, 2007. The parties then entered the implementation phase of the settlement process, which is expected to be completed by the first quarter of 2008.

To this end, a third party appraisal firm has completed site visits for more than half of the properties in the settlement and has scheduled site visits for nearly all of the remaining properties

at issue through October 2007. In addition, the appraisal firm has issued Market Rent Studies for numerous properties, and many more reports are expected to be issued soon. Finally, the government has made an initial payment to the plaintiffs as required under the Settlement Agreement.

The parties have conferred regarding the filing of this document, and counsel for defendant has represented to counsel for plaintiffs that defendant concurs in the contents of this Joint Status Report.

Dated: September 28, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*